*Monday, March 19, 2001*

## MOTION DOCKET

**00–1829. State ex rel. Wehrung v. Dinkelacker.**
Hamilton App. No. C–000449. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's request for oral argument,
    IT IS ORDERED by the court that the request for oral argument be, and hereby is, granted.

## RECONSIDERATION DOCKET

**00–2254. Bardes v. Todd.**
Hamilton App. No. C–000055. Reported at 91 Ohio St.3d 1454, 742 N.E.2d 658. IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.

*Tuesday, March 20, 2001*

## MOTION DOCKET

**86–512. State v. Byrd.**
Hamilton App. No. C–830676. On February 20, 2001, the appellee filed a motion to set execution date and notice of the United States Supreme Court's denial of appellant's petition for rehearing. Upon consideration thereof,
    IT IS HEREBY ORDERED by this court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Wednesday, the 12th day of September, 2001, in accordance with the statutes so provided.
    IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.
    IT IS FURTHER ORDERED by the court that the cause be remanded to the trial court for a hearing on the appellant's "actual innocence" claim.

*Wednesday, March 21, 2001*

## MERIT DOCKET

**00–1151. State v. Mitchell.**
Cuyahoga App. No. 77428. This cause, here on appeal from the Court of Appeals for Cuyahoga County, was considered in the manner prescribed by law. On consideration thereof, the judgment of the court of appeals is reversed on the authority of *Woods v. Telb* (2000), 89 Ohio St.3d 504, 733 N.E.2d 1103, and *State v. Jones* (2000), 89 Ohio St.3d 519, 733 N.E.2d 1115.
    IT IS FURTHER ORDERED that the appellant recover from the appellee its costs herein expended, that a mandate be sent to the Court of Common Pleas of Cuyahoga County to carry this judgment into execution, and that a copy of this entry be certified to the Clerk of the Court of Appeals for Cuyahoga County for entry.
    IT IS FURTHER ORDERED that oral argument scheduled for March 28, 2001, be, and hereby is, canceled.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.
    PFEIFER, J., concurs except with the cancellation of oral argument.

**00–2010. Natl. Elec. Contrs. Assn. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 99–1213–EL–ATA, 99–1214–EL–AAM and 99–121–EL–ETP. *Sua*

*sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–2105. State ex rel. Klein v. Russell.**

Warren App. No. CA2000–08–069. On motion to strike appellant's brief and motion to strike memorandum opposing motion to strike. *Sua sponte,* cause dismissed.

RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., DOUGLAS and COOK, JJ., would grant the motion to strike appellant's brief.

**00–2145. Citizen Power, Inc. v. Pub. Util. Comm.**

Public Utilities Commission, Nos. 99–1212–EL–ETP, 99–1213–EL–ATA and 99–1214–EL–AAM. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio ("commission"). Upon consideration of various motions by the parties and a petition by the appellant,

IT IS ORDERED by the court that the motion by FirstEnergy Corp. for leave to intervene as an appellee be, and hereby is, sustained.

COOK, J., not participating.

IT IS FURTHER ORDERED by the court that the motions to dismiss the appeal by the commission and FirstEnergy Corp. be, and hereby are, sustained.

PFEIFER, J., dissents.

COOK, J., not participating.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

PFEIFER, J., dissents.

COOK, J., not participating.

IT IS FURTHER ORDERED by the court that the commission's motion to strike the appellant's petition for writ of mandamus be sustained and appellant's request for sanctions be denied as moot.

PFEIFER, J., dissents.

COOK, J., not participating.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that the appellant's petition for writ of mandamus be, and hereby is, stricken and appellant's request for sanctions be, and hereby is, denied.

PFEIFER, J., dissents.

COOK, J., not participating.

**00–2210. Natl. Elec. Contrs. Assn. v. Pub. Util. Comm.**

Public Utilities Commission, Nos. 99–1212–EL–ETP, 99–1213–EL–ATA and 99–1214–EL–AAM. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–56. Reid v. McClinton.**

In Procedendo. On complaint in procedendo by Richard Reid. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–88. State ex rel. Modern Tool & Die Co. v. Cuyahoga Cty. Court of Common Pleas.**

In Prohibition. On motion for leave to intervene by Randy J. Vitale and motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–139. Kirkwood v. Sixth Appellate Dist. Court of Appeals.**

In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.

**01–230. State ex rel. Brown v. McMonagle.**

In Mandamus. On answer of respondent and motion for summary judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.